**IN RE: Frank YAMBO, Petitioner.**

No. 16–1417

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Frank Yambo, Petitioner Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Yambo petitions for a writ of mandamus seeking an order directing the Southern Correctional Institution to provide him with a Halal diet. We conclude that Yambo is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. <u>Kerr v. U.S. Dist. Court</u>, 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); <u>United States v. Moussaoui</u>, 333 F.3d 509, 516–17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. <u>In re First Fed. Sav. & Loan Ass'n</u>, 860 F.2d 135, 138 (4th Cir. 1988).

Yambo has not shown he has a clear right to the relief sought. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

PETITION DENIED